# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ELGINE FURLOW,**

      **Plaintiff,**

-vs-                                Case No. 6:11-cv-1235-Orl-31GJK

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

On August 23, 2011, the Plaintiff appeared before me pursuant to an Order to Show Cause (Doc. 3), at which time he made an *ore tenus* motion for leave to file his complaint (Doc. 1). Upon consideration thereof, it is

**ORDERED** that the Plaintiff's motion for leave to file his complaint is **GRANTED**. The Plaintiff may proceed with his complaint against the Commissioner of Social Security. All other pending motions are **DENIED** as moot. The Plaintiff is admonished that future violations of the Court's orders may result in the imposition of sanctions, including jail time.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 23, 2011.

                                                     GREGORY A. PRESNELL
                                          UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

Unrepresented Party