# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ELGINE FURLOW,**

        **Plaintiff,**

-vs-                                    Case No. 6:11-cv-1235-Orl-31GJK

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

## ORDER

On December 23, 2011, Defendant filed a Motion for Summary Judgment (Doc. 41). On January 6, 2012, the Court issued its *Milburn* Order requiring Plaintiff to respond to the Motion by February 10, 2012 (Doc. 42). Plaintiff has not filed an intelligible response to the motion. Since the motion has colorable merit and is effectively unopposed, it is

**ORDERED** that Defendant's Motion is GRANTED. The Clerk is directed to enter judgment for the defendant and close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 1, 2012.

                                                GREGORY A. PRESNELL
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party